**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00270-CR

**MACK MCKINLEY WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-63580-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's July 21, 2014 request for an extension of time to file the reporter's record. We **ORDER** Ms. Hazlewood to file the reporter's record by **AUGUST 1, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE